### SECOND DEPARTMENT, JANUARY, 1986

#### (January 2, 1986)

■ In the Matter of ANTHONY D. PISTONE, a Suspended Attorney.—Pursuant to this court's order dated August 8, 1985, the petitioner Anthony D. Pistone, a suspended attorney, has filed proof that he has taken and passed the Multi-State Professional Responsibility Examination and is therefore entitled to have his name restored to the roll of attorneys and counselors-at-law.

The Clerk of this court is directed to restore petitioner's name to the roll of attorneys and counselors-at-law and he is reinstated to the Bar of the State of New York, forthwith. Mollen, P. J., Mangano, Bracken, Brown and Eiber, JJ., concur.